UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DENNIS WISNIEWSKI

        Plaintiff,

v.

VERIZON WIRELESS, LLC,

        Defendant.

Civil Action No. 13-CV-777

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

| DATED: | DATED: |
|---|---|
| /s/ Seth J. Andrews, Esq | /s/ Sheila Raftery Wiggins, Esq. |
| Seth J. Andrews, Esq. | Sheila Raftery Wiggins, Esq. |
| Law Offices of Kenneth Hiller | Duane Morris LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 6000 North Bailey Avenue, Suite 1A | One Riverfront Plaza |
| Amherst, New York 14226 | 1037 Raymond Boulevard |
| Phone: (716) 564-3288 | Suite 1800 |
| | Newark, New Jersey 07102 |
| | Phone: (973) 424-2055 |